UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| BROOKE CHIASSON | CIVIL ACTION NO. 6:16-cv-01337 |
| VERSUS | UNASSIGNED DISTRICT JUDGE |
| B. BRAUN MEDICAL INC. | MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the motion for summary judgment filed on behalf of the defendant, B. Braun Medical Inc. (Rec. Doc. 17) is DENIED AS PREMATURE, consistent with the report and recommendation.

Signed at Monroe, Louisiana, this 29th day of June, 2018.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE